Arturo Simon Ruiz 61575112
Big Spring - Correctional Institution
2001 Rickabaugh Drive
Big Spring Texas 79720

FILED
CLERK, U.S. DISTRICT COURT
APR 29 2021
CENTRAL DISTRICT OF CALIFORNIA
BY MKU DEPUTY

Federal District Court — Case No. USDC No. CR-11-209-JLS SA

Josephine Laura staton — No. 13-50471
Central District of California
411 West 4th street
Santa Ana, California 92701-4598

Come Now, Defendant Arturo Simon Ruiz, Pro Se, Hereby Submitts "EMERGENCY Motion For Reduction in Sentence / Compassionate Relief Pursuant to the First Step Act of 2018, 18 U.S.C. § 3582 (C)(1)(A)"

As Amended by the First Step Act, 18 U.S.C. § 3582 (C)(1)(A) Authorizes the Court to Modify Terms of imprisonment as Follows,

The Court may not modify a term of imprisonment once it has been imposed unless except that in any case, the Court upon Motion of Defendant, After the Defendant Has fully exhausted all remedial rights to Appeal, Failure of the Director of Prison to bring a Motion on behalf of the inmate, or the lapse of 30 days from the Receipt of such a request to the Warden by the inmate, Whichever is earlier

A Court may reduce a term of imprisonment and may impose a term of supervised release or Probation, that does not exceed the unserved portion of the sentence of the original terms of Imprisonment after considering all of the facts set forth in Section 3553(a) to the extent that it finds they are applicable (1)

(i) Extraordinary and compelling reasons warrant such a reduction and that such a reduction is consistent with applicable policy statements issued by the sentence commission.

However, the threat of Covid 19 has been recognized as a ground upon which to make an Application under 3582 (c) (1) (A) without exhaustion of remedies. See United States v. Wilson of Perez 2020 W.L. 15 of 622 S. D. of N. Y. April 2020

Section 3582 (c) (1) (A) imposes a "statutory exhaustion requirement" that must be strictly imposed. United States V. Manson, No 99 CR 157 206 W.L. 550226 at "2 (S.D.N.Y.) (Feb 4, 2020) citing Theodoropolos V. I.N.S 358 F 3.d. 162, 172 (2d. Cir 2004) internal Quotation mark and alterations omitted) " However, the Court may wave requirement only if one of the recognized exceptions to the exhaustion applies. As noted in Perez,

Supra. "Even where exhaustion is seemingly mandated by statute, .... the requirement is not absolute." Washington vs. Barr 925 F 3d, 109, 118 (2d Cir 2019) citing McCarthy v Madigan, 503 U.S. 140, 146-47 (1992)

There are three circumstances where failure to exhaust may be unnecessary / excused.

First, exhaustion may be unnecessary where it would be futile either because agency decision makers are biased, or because the agency has already decided the issues, id

Second - exhaustion may be unnecessary where pursuing agency review would subject plaintiff to undue prejudice,

Third, exhaustion may be unnecessary, where administrative process would be incapable of granting adequate relief id. 119

It is respectfully submitted that, in the instant case, all three exceptions apply. As in Perez Supra, "undue delay" if it in facts, result in catastrophic health consequences, could make exhaustion futile and the relief agency could, because of undue delay, become inadequate. Additionally, the defendant, in the case at bar, would be unduly prejudiced by such delay. Washington 925 F 3d at 120-121 See also Bowen v. City of New York 476

U.S. 467 483 (1986) (Holding that irreparable harm / injury justifying the waiver of exhaustion requirements exists where "the ordeal of having to go through the administrative process may trigger a severe medical setback." Abbey V. Sullivan 978 F.2d 37, 46 (2d Cir 1992) If the delay attending exhaustion would subject claimants to deteriorating health then waiver may be appropriate New York V. Sullivan, 906 F.2d 910 918 (2d Cir 1990) (Holding that waiver was appropriate where enforcement of the exhaustion requirement would cause the claimants irreparable injury by risking deteriorating health and possibly, even --- death.

In the instant case, even a few weeks delay carries the risk of catastrophic health consequences for the defendant. Therefore it is submitted that requiring the defendant to exhaustion of administrative remedies given his current and past medical conditions, the uncertainty of whom may be medically compromised and the exigency of a rapidly advancing pandemic in the corona virus which has developed variants that are 70% more contagious at a time when the death rate in the U.S. is thousands a day, the requirement of exhaustion would seem futile and inadequate in sum and substance, Delaying relief amounts to denying relief altogether.

In the United States V. Perez, supra, the Court ruled that the vulnerable medical

condition of the Defendant coupled with the "Emergency of the Covid-19 Pandemic, met the waiver criteria.

It is respectfully submitted that defendant in-the-case-at-bar meets the same criteria for waiving the application of the exhaustion requirement. Defendant present situation exposes him to heightened risk of dangerous complications, should he contract Covid-19" Perez 1329225 at 1.

In a letter delivered to the Department of Justice and the (B O P) Bureau of Prisons a Bi, Partisan group of Senators stated, (" The C.D.C has advised individuals to avoid crowds and stay at home as much as possible, as conditions of confinement do not afford individuals the opportunity to take proactive steps to protect themselves.") For example, I am confined to a small space - with a hundred and twenty more inmates, packed on top of each other, less than two feet apart.

Such deplorable conditions contributes to the incubation of this most viral disease and also its transmission.

Congress also expressed that, because of the underutilization of the -Courts, of the First Step Act, by the B.O.P.'s vast opposition, the Definition of extraordinary and -compelling circumstances has been reformed by the First Step Act of 2018.

(" We urge you to follow the issued

guidance requiring that "extraordinary and compelling circumstances" be interpreted more broadly and clarify that such circumstances include the vulnerability of Covid-19.

Applicable Law

For years, 18 USC §3582(c)(1)(A) has allowed district courts to reduce federal prison sentences for "extraordinary and compelling reasons" often referred to as compassionate release. (C.R.) But up until Dec 2018 such a reduction in sentence was permitted only upon release motion of the Director of the B.O.P.

It was dissatisfaction with the B.O.P.'s interpretation and administration of its C.R. program that led to reforms in the First Step Act. See E.g. Erika Zunkel, 18 U.S.C. §3553(a) Undervalued Sentencing Command. Providing a Criminal Defendant with rehabilitation, training and treatment: "In the most effective manner" 9 Notre Dame Journal of International Law 49, 64 (2019) ("The First Step Act aims to increase the use of transparency of the Compassionate Release by broadening of the scope of eligibility and removing the sole discretion for determining who is eligible, from the B.O.P.") -- For present purposes the most important reform is that the B.O.P. no longer retains its monopoly on §3582(c)(1)(A) release motions. Rather, federal prisoners for whom the

B.O.P. refused to file such a motion, may now file their own §3552 (c)(1)(A) motion with the original sentencing court.

Particularly, §3582 (c)(1)(A) now provides in relevant part as follows

(A) Modification of an imposed term of imprisonment. The court may not modify a term of imprisonment once it has been imposed, except that (1) in any case

(A) "--- the lapse of 30 days from the receipt of the request of such relief from the Warden---"

(i) Extraordinary and compelling circumstances warrant reduction." (i) Such a request in reduction of sentence is applicable policy statement issued by the Sentence Commission. 18 USC §3582 (c)(1)(A) as amended by § 603 (b)(1) of First Step Act of 2018

Whenever a defendant establishes the existence of extraordinary and compelling circumstances, courts must consider the relevant sentencing factors of 18 U.S.C. §3553(a) to determine whether a sentencing modification is warranted. 18 USC §3582 (c)(1)(A)(i)

Here, Defendant Ruiz's compromised physical health, and the unique danger he faces of contracting Covid-19 and becoming severely ill when combined with other section 3553(a) sentencing factors clearly warrants relief. See Perez Supra

First, Defendant Ruiz was convicted of Fraud, a non violent offence, Furthermore, as Judge Tucker opined, "being incarcerated during this pandemic, "sufficiently" increase the severity of the sentence, beyond what was originally intended." See (United States v. Mel Crim No TDC-18-0571 2020 W.L. 2041674, at #3cd MD. APR. 28, 2020) Programming has been shuttered, rolling lockdowns have restricted movement and increased solitary confinement and visitation has been indefinitely suspended

Secondly, as noted, continued incarceration is not necessary to protect the Public from Defendant Ruiz, Defendant Ruiz's Home Confinement Eligibility Date is 04-01-23. Exactly two yrs away. The changes in the Law, by means of the First Step Act of 2018, would have already reduced Defendant to be released already, had Defendant Ruiz not been hampered by the immigration Detainer.

See 3553(a) Sentencing Factors.

It is safe to say that this request for Compassionate release is made at a time, and point in this sentence, when the need for sentence imposed is no longer required. Defendant has been incarcerated for the past 9½ yrs. In 2018 the First Step Act was implemented. This law made several provisions by which an inmate can earn good time credit by



programming. These programs have the potential to cut an inmate's time up to 50%. Thus the only hinderance to Defendant Ruiz capitalizing on these new laws is the fact that Defendant has an immigration detainer. Henceforth the remaining 2 yrs of sentence which Defendant Ruiz seeks reduction in sentence to time served would have already been reduced by means of programming.

Also the immigration detainer has hindered Defendant from going to half way house, camp, home confinement. These privileges are made available to the general population to assist in a speedy transition to reentry society and reduce time an institution has to keep an inmate physically incarcerated. The First Step Act of 2018 simply opened more doors for incarcerated individuals such as Defendant Ruiz, to reduce terms of imprisonment.

For the past 9½ yrs, since I have been incarcerated for fraud, not only have the laws changed but so have I. I was 52 yrs old when I got arrested, now I am 63 yrs old, I have became ill. I am an insulin diabetic, troubled with several complications which the Center of Disease Control (C.D.C.) considers to be underlying conditions for Covid-19 disease.

I also has spent my time reading several self help books and seeking to improve myself

in Preparation for my Reentry into Society.

The 18 USC § 3553(a) Factors applies to defendant / Petitioner

"A Reduction in Sentence as Requested here is consistent with and indeed supported by the 18 U.S.C. 3553(A) Factors whose consideration is mandated by 3582 (c)(1)(A) to the extent that they are applicable."

A proper consideration of the § 3553 factors at the time of Petitioner's original sentencing will show that several factors have changed (1) the History and Characteristics of Defendant and (2) the need for sentencing imposed.

These all favor Defendant's Request for a Reduction in Sentencing, for time served.

I have my wife of 43 yrs, with three sons, four sisters and for brothers, Mother and several nieces and nephews, all willing and able to aid in my Reentry process and assist in all my endeavors.

By the Grace of God and with the Blessings of this Court, Please grant this Request for Reduction in Sentence by compassionate Release.

I thank you for your time and Consideration

Respectfully

[signature]

04-02-21

**Submitted to Prison Staff on:** 03 / 08 / 2021

03- / 08 /2021
(Month) (Day)

Dear Warden Bobby Thomson
(Warden's Last Name)

My name is Arturo Ruiz and my Register No. is 66575-112. I am writing to respectfully request that I be considered for an early release from prison under the Compassionate Release Program, under 18 U.S.C. § 3582(c)(1), and that you treat this as a formal request for a reduction in sentence (RIS).

I believe I am a good candidate for Compassionate Release for the following reasons. I have been incarcerated since 10/4/2011. I am currently 63-years-old.

Since I have been incarcerated, I have received the following medical treatment: Diabetic treatment/insulin

My current physical and mental health problems include: High Blod presure, I am an issulin Diabetic dependent

I take the following medications: Metformin 850MG, Lisinopril 40 MG, Aspirin EC 81 MG, Atorvastatin 20MG, Metoprolol 50MG Ferrous Solfate 325 MG DSS(Colace)100MG

I believe I am (or a family member who needs my care is) at high risk of complications from COVID-19 because Because of my age and my medical condition and the climatic condition of incarceration according to CDC

Other information that makes me a good candidate for compassionate release includes: Is my first ofence white collar and none vilence and I completed 75% of my time as per congretional request

When I am released from prison, I plan to live with My wife and my kids at 12778 Bridgewood Circle, Riverside CA 92503

Based on the information above, given my personal circumstances and the COVID-19 pandemic, I request early release under the Compassionate Release Program.

Thank you for your time and consideration.

Arturo Simon Ruiz, Register Number: 66575-112
(Full name)



Secure Services™

Flightline Correctional Facility
2001 Rickabaugh Drive
Big Spring, Texas 79720

TEL: 432 267-7911
www.geogroup.com

March 16, 2021

Ruiz, Arturo Reg.# 61575-112 B1

Please see my response to your request dated March 8, 2021, regarding a Compassionate Release or a Reduction in Sentence.

Immigration and Customs Enforcement (ICE) placed a detainer on you on November 12, 2013. Due to your immigration status the request for Compassionate Release/Reduction in Sentence is denied. You may appeal this decision through the Administrative Remedy Process.

Sincerely,

Bobby Thompson
Bobby Thompson
Facility Administrator



ID: 61575-112
DOB: 6/9/1957 (61 yr)
Gender: Male
Name: Ruiz, Arturo
Comments:
BENAVIDES LR MD
FEB 11 2019
2/8/2019 2:37:40 PM
P/PR: 128/180 ms
QRS: 142 ms
QT/QTc: 438/459 ms
P/QRS/T Axis: 65/-144/28 deg
Heart Rate: 66 BPM
sinus rhythm
extreme right superior axis deviation
RBBB
QRS = 142 ms
RSR' in V1
S > 30 ms in I V5 V6
Borderline ECG
Unconfirmed Report
aVR
V1
V4
II
aVL
V2
V5
III
aVF
V3
V6
II

Facility Name 1582 - BS - FLIGHTLINE (1582) PAGE: 1 of 2 Month/Year 12/2019

| Medication | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASPIRIN EC (ECOTRIN) 81MG TAB<br>TAKE 1 TABLET BY MOUTH DAILY *SWALLOW WHOLE* <KEEP ON PERSON><br>RX 24514801 LUIS BENAVIDES MD<br>RN Init. START DATE 9/3/2019 STOP DATE 2/29/2020 | | | | | #30 | jr | | | | | | | | | | | | | | | | | | | | | | | | | |
| ATORVASTATIN (LIPITOR) 20MG TAB<br>TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME<br>RX 24514817 LUIS BENAVIDES MD<br>RN Init. START DATE 9/3/2019 STOP DATE 2/29/2020 | | | | | #30 | jr | | | | | | | | | | | | | | | | | | | | | | | | | |
| DSS (COLACE) 100MG CAP<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY *DRINK PLENTY OF FLUIDS* <KEEP ON PERSON><br>RX 24514826 LUIS BENAVIDES MD<br>RN Init. START DATE 9/3/2019 STOP DATE 2/29/2020 | | | | | #60 | jr | | | | | | | | | | | | | | | | | | | | | | | | | |
| FERROUS SULFATE 325MG TAB<br>TAKE 1 TABLET BY MOUTH TWICE DAILY *DO NOT CRUSH* <KEEP ON PERSON><br>RX 24514832 LUIS BENAVIDES MD<br>RN Init. START DATE 9/3/2019 STOP DATE 2/29/2020 | | | | | #60 | jr | | | | | | | | | | | | | | | | | | | | | | | | | |
| LISINOPRIL (PRINIVIL-ZESTRIL) 40MG TAB<br>TAKE 1 TABLET BY MOUTH EVERY MORNING *MAY CAUSE DIZZINESS* <KEEP ON PERSON><br>RX 24514908 LUIS BENAVIDES MD<br>RN Init. START DATE 9/3/2019 STOP DATE 2/29/2020 | | | | | #30 | jr | | | | | | | | | | | | | | | | | | | | | | | | | |
| METFORMIN (GLUCOPHAGE) 850MG TAB<br>TAKE 1 TABLET BY MOUTH 3 TIMES DAILY <KEEP ON PERSON><br>RX 24514926 LUIS BENAVIDES MD<br>RN Init. START DATE 9/3/2019 STOP DATE 2/29/2020 | | | | | #90 | jr | | | | | | | | | | | | | | | | | | | | | | | | | |
| METOPROLOL TART (LOPRESSOR) 50MG TAB<br>TAKE 1 TABLET BY MOUTH TWICE DAILY *MAY CAUSE DIZZINESS* <KEEP ON PERSON><br>RX 24514930 LUIS BENAVIDES MD<br>RN Init. START DATE 9/3/2019 STOP DATE 2/29/2020 | | | | | #60 | jr | | | | | | | | | | | | | | | | | | | | | | | | | |
| MINERIN (EUCERIN) 454 GM CREAM<br>APPLY TO AFFECTED AREAS TWICE DAILY <KEEP ON PERSON><br>RX 24514946 LUIS BENAVIDES MD<br>RN Init. START DATE 9/3/2019 STOP DATE 2/29/2020 | | | | | # | 1 tub jr | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benadryl 25mg ī cap PO BID / PRN<br>RN Init. START DATE 11-19-19 STOP DATE 5-17-20 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGY: NO KNOWN DRUG ALLERGY

DIAGNOSIS:

PATIENT NAME: RUIZ,ARTURO DOB: 06/09/1957 ID 61575-112 WING 75

DOCUMENTATION CODES =
DC - Discontinued Order
DO - Dose Omitted
H - Medical Hold
R - Refused
C - Court
LD - Lock Down
S - Self Administered
NS - No Show

REGULAR INSULIN SLIDING SCALE SUBCUTANEOUS
0-200 - 0 UNITS
201-250 - 3 UNITS
251-300 - 5 UNITS
301-350 - 8 UNITS
351-400 - 10 UNITS
OVER 400 - CALL PROVIDER

| INITIAL | NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|---|
| T. Adams, RN | R. De Los Santos, LVN | L. Giabana-DeLeon, LVN | | |
| M. Dutchover, LVN | N. Nava, RN | G. Eledo, RN | | |
| B. Randle, LVN | C. Mallard, RN | C. Wright, RN | | |
| V. Torres, RN | B. Machuca, LVN | N. Wells, RN, HSA | | |
| L. Wood, RN, DON | M. Flores | | | |

Facility Name: 1582 - BS - FLIGHTLINE (1582)    PAGE: 2 of 2    Month/Year: 12/2019

| Medication | HOUR | Days 1–30 |
|---|---|---|
| ~~MULTIVITAMINS TAB~~ TAKE 1 TABLET BY MOUTH DAILY <KEEP ON PERSON> RX 24514957 LUIS BENAVIDES MD; RN Init. / START DATE 9/3/2019 / STOP DATE 2/29/2020 | 11-3 | Day 6: #30 [initials] |
| ~~NOVOLIN N 10ML 100UNITS/ML UNIT(S)~~ INJECT 12 UNITS SUBCUTANEOUSLY EVERY EVENING RX 24523340 LUIS BENAVIDES MD; RN Init. / START DATE 9/3/2019 / STOP DATE 2/29/2020 | [redacted] | [handwritten initials and blood glucose readings, days 1–30] |
| ~~NOVOLIN R 10ML 100UNITS/ML UNIT(S)~~ INJECT AS PER REGULAR SLIDING SCALE PROTOCOL TWICE DAILY (( DIRECT OBSERVATION THERAPY)) RX 24515057 LUIS BENAVIDES MD; RN Init. / START DATE 9/3/2019 / STOP DATE 2/29/2020 | [redacted] | [handwritten initials and units given, days 1–30] |
| OMEPRAZOLE (PRILOSEC) 20MG CAP TAKE 1 CAPSULE DAILY >> NON-FORMULARY APPROVED << EXP 2/29 *TAKE BEFORE EATING* RX 24520469 LUIS BENAVIDES MD; RN Init. / START DATE 9/5/2019 / STOP DATE 2/29/2020 | 11-3 | Day 6: #30 [initials] |
| MECLIZINE ORAL TAB (ANTIVERT) 25MG TAB TAKE 1 TABLET BY MOUTH DAILY AS NEEDED <KEEP ON PERSON> RX 24514914 LUIS BENAVIDES MD; RN Init. / START DATE 9/3/2019 / STOP DATE 2/29/2020 | | |
| Benadryl 25mg (1) cap @ 7010/PRN; RN Init. / START DATE 11-19-19 / STOP DATE 5-17-20 | am / pm | duplicate entry |
| RN Init. / START DATE / STOP DATE | | |
| RN Init. / START DATE / STOP DATE | | |
| RN Init. / START DATE / STOP DATE | | |

ALLERGY: NO KNOWN DRUG ALLERGY

DIAGNOSIS:

PATIENT NAME: RUIZ,ARTURO  DOB: 06/09/1957  ID: 61575-112  WING: 75

DOCUMENTATION CODES =
DC - Discontinued Order    R - Refused    S - Self Administered
DO - Dose Omitted    C - Court    NS - No Show

REGULAR INSULIN SLIDING SCALE SUBCUTANEOUS
0-200 - 0 UNITS
201-250- 3 UNITS
251-300 - 5 UNITS
301-350 - 8 UNITS
351-400 - 10 UNITS
OVER 400 - CALL PROVIDER

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| T. Adams, RN | [initials] | R. De Los Santos, LVN | [initials] |
| M. Dutchover, LVN | [initials] | N. Nava, RN | [initials] |
| B. Randle, LVN | [initials] | C. Michael, RN | [initials] |
| V. Torres, RN | [initials] | B. Mireles, LVN | [initials] |
| L. Weed, RN, DON | [initials] | M. Flores | |
| L. Ginlsone-DeLeon, LVN | [initials] | G. Elodu, RN | [initials] |
| C. Wright, RN | [initials] | N. Wells, RN, HSA | [initials] |

Facility Name 1582 - BS - FLIGHTLINE (1582)

PAGE: 1 of 2

Month/Year 11/2019

| Medication | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASPIRIN EC (ECOTRIN) 81MG TAB TAKE 1 TABLET BY MOUTH DAILY *SWALLOW WHOLE* <KEEP ON PERSON> RX 24514801 LUIS BENAVIDES MD; RN Init.; START DATE 9/3/2019; STOP DATE 2/29/2020 | 10/3 | | | #30 BJM | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ATORVASTATIN (LIPITOR) 20MG TAB TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME RX 24514817 LUIS BENAVIDES MD; RN Init.; START DATE 9/3/2019; STOP DATE 2/29/2020 | 10/3 | | | #30 BJM | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DSS (COLACE) 100MG CAP TAKE 1 CAPSULE BY MOUTH TWICE DAILY *DRINK PLENTY OF FLUIDS* <KEEP ON PERSON> RX 24514826 LUIS BENAVIDES MD; RN Init.; START DATE 9/3/2019; STOP DATE 2/29/2020 | 10/3 | | | #60 BJM | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| F[illegible]US SULFATE 325MG TAB TA[illegible] TABLET BY MOUTH TWICE DAILY *DO NOT CRUSH* <KEEP ON PERSON> RX 24514832 LUIS BENAVIDES MD; RN Init.; START DATE 9/3/2019; STOP DATE 2/29/2020 | 10/3 | | | #60 BJM | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LISINOPRIL (PRINIVIL-ZESTRIL) 40MG TAB TAKE 1 TABLET BY MOUTH EVERY MORNING *MAY CAUSE DIZZINESS* <KEEP ON PERSON> RX 24514908 LUIS BENAVIDES MD; RN Init.; START DATE 9/3/2019; STOP DATE 2/29/2020 | 10/3 | | | #30 BJM | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| METFORMIN (GLUCOPHAGE) 850MG TAB TAKE 1 TABLET BY MOUTH 3 TIMES DAILY <KEEP ON PERSON> RX 24514926 LUIS BENAVIDES MD; RN Init.; START DATE 9/3/2019; STOP DATE 2/29/2020 | 10/3 | | | #90 BJM | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| METOPROLOL TART (LOPRESSOR) 50MG TAB TAKE 1 TABLET BY MOUTH TWICE DAILY *MAY CAUSE DIZZINESS* <KEEP ON PERSON> RX 24514930 LUIS BENAVIDES MD; RN Init.; START DATE 9/3/2019; STOP DATE 2/29/2020 | 10/3 | | | #60 BJM | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| [illegible]ERIN (EUCERIN) 454 GM CREAM [illegible] TO AFFECTED AREAS TWICE DAILY <KEEP ON PERSON> RX 24514946 LUIS BENAVIDES MD; RN Init.; START DATE 9/3/2019; STOP DATE 2/29/2020 | 10/3 | | | #1 BJM | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RN Init.; START DATE; STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGY: NO KNOWN DRUG ALLERGY

DIAGNOSIS:

PATIENT NAME: RUIZ,ARTURO DOB: 06/09/1957 | ID 61575-112 | WING 75

DOCUMENTATION CODES =
DC - Discontinued Order | R - Refused | S - Self Administered
DO - Dose Omitted | C - Court | NS - No Show

NURSE'S SIGNATURE

REGULAR INSULIN SLIDING SCALE SUBCUTANEOUS
0-200 - 0 UNITS
201-250- 3 UNITS
251-300 - 5 UNITS
301-350 - 8 UNITS
351-400 - 10 UNITS
OVER 400 - CALL PROVIDER

| INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|
| T. Adams, RN [signature] | B. De Los Santos, LVN [signature] | L. Gimbano-DeLeon, LVN |
| M. Dutchover, LVN [signature] | N. Nava, RN [signature] | G. Elade, RN [signature] |
| B. Rundle, LVN [signature] | C. Mabert, RN [signature] | C. Wright, RN [signature] |
| V. Torres, RN [signature] | B. Machuca, LVN [signature] | N. Wells, RN, HSA [signature] |
| L. Wood, RN, DON [signature] | M. Flores MTCMA [signature] | |

Facility Name 1582 - BS - FLIGHTLINE (1582)  PAGE: 2 of 2  Month/Year 11/2019

| Medication | HOUR | 1–30 |
| --- | --- | --- |
| MULTIVITAMINS TAB<br>TAKE 1 TABLET BY MOUTH DAILY <KEEP ON PERSON><br>RX 24514957 LUIS BENAVIDES MD<br>RN Init. START DATE 9/3/2019 STOP DATE 2/29/2020 | 10/3 | Day 3: #30 [illegible] |
| NOVOLIN N 10ML 100UNITS/ML UNIT(S)<br>INJECT 12 UNITS SUBCUTANEOUSLY EVERY EVENING<br>RX 24523340 LUIS BENAVIDES MD<br>RN Init. START DATE 9/3/2019 STOP DATE 2/29/2020 | [illegible] | [illegible handwritten initials and readings] |
| NOVOLIN R 10ML 100UNITS/ML UNIT(S)<br>INJECT AS PER REGULAR SLIDING SCALE PROTOCOL TWICE DAILY (( DIRECT OBSERVATION THERAPY))<br>RX 24515057 LUIS BENAVIDES MD<br>RN Init. START DATE 9/3/2019 STOP DATE 2/29/2020 | [illegible] | [illegible handwritten initials and doses] |
| [illegible]RAZOLE (PRILOSEC) 20MG CAP<br>TAKE 1 CAPSULE DAILY >> NON-FORMULARY APPROVED << EXP 2/29/20 *TAKE BEFORE EATING*<br>RX 24520469 LUIS BENAVIDES MD<br>RN Init. START DATE 9/5/2019 STOP DATE 2/29/2020 | 10/5 | Day 5: #30 [illegible] |
| MECLIZINE ORAL TAB (ANTIVERT) 25MG TAB<br>TAKE 1 TABLET BY MOUTH DAILY AS NEEDED <KEEP ON PERSON><br>RX 24514914 LUIS BENAVIDES MD<br>RN Init. START DATE 9/3/2019 STOP DATE 2/29/2020 | | |
| Benadryl 25mg (1) capsule PO BID/PRN<br>RN Init. ML START DATE 11/19/19 STOP DATE 5/17/20 | AM | |
| RN Init. START DATE STOP DATE | | |
| RN Init. START DATE STOP DATE | | |
| RN Init. START DATE STOP DATE | | |

ALLERGY: NO KNOWN DRUG ALLERGY

DIAGNOSIS:

PATIENT NAME: RUIZ,ARTURO DOB: 06/09/1957 ID 61575-112 WING 75

DOCUMENTATION CODES =
DC - Discontinued Order   R - Refused   S - Self Administered
DO - Dose Omitted   C - Court   NS - No Show
H - Medical Hold   LD - Lock Down   O - Other

NURSE'S SIGNATURE / INITIAL

REGULAR INSULIN SLIDING SCALE SUBCUTANEOUS
0-200 - 0 UNITS
201-250 - 3 UNITS
251-300 - 5 UNITS
301-350 - 8 UNITS
351-400 - 10 UNITS
OVER 400 - CALL PROVIDER

NURSE'S SIGNATURE / INITIAL

T. Adams, RN; M. Dutcher, LVN; B. Randle, LVN; V. Torres, RN; L. Wood, RN, DON; R. De Los Santos, LVN; R. Ness, RN; C. Makel, RN; B. Machuca, LVN; M. Flores [illegible]; L. Glickman-DeLeon, LVN; G. Elado, RN; C. Wright, RN; N. Wells, RN, HSA

Facility Name: 1582 - BS - FLIGHTLINE (1582)

PAGE: 1 of 2

Month/Year: 10/2019

| Medication | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASPIRIN EC (ECOTRIN) 81MG TAB<br>TAKE 1 TABLET BY MOUTH DAILY *SWALLOW WHOLE* <KEEP ON PERSON><br>RX 24514801 LUIS BENAVIDES MD<br>RN Init. START DATE 9/3/2019 STOP DATE 2/29/2020 | | | | | | | #30 MF | | | | | | | | | | | | | | | | | | | | | | | | |
| ATORVASTATIN (LIPITOR) 20MG TAB<br>TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME<br>RX 24514817 LUIS BENAVIDES MD<br>RN Init. START DATE 9/3/2019 STOP DATE 2/29/2020 | | | | | | | #30 MF | | | | | | | | | | | | | | | | | | | | | | | | |
| DSS (COLACE) 100MG CAP<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY *DRINK PLENTY OF FLUIDS* <KEEP ON PERSON><br>RX 24514826 LUIS BENAVIDES MD<br>RN Init. START DATE 9/3/2019 STOP DATE 2/29/2020 | | | | | | | #100 MF | | | | | | | | | | | | | | | | | | | | | | | | |
| FE[illegible]OUS SULFATE 325MG TAB<br>TA[illegible] TABLET BY MOUTH TWICE DAILY *DO NOT CRUSH* <KEEP ON PERSON><br>RX 24514832 LUIS BENAVIDES MD<br>RN Init. START DATE 9/3/2019 STOP DATE 2/29/2020 | | | | | | | #100 MF | | | | | | | | | | | | | | | | | | | | | | | | |
| LISINOPRIL (PRINIVIL-ZESTRIL) 40MG TAB<br>TAKE 1 TABLET BY MOUTH EVERY MORNING *MAY CAUSE DIZZINESS* <KEEP ON PERSON><br>RX 24514908 LUIS BENAVIDES MD<br>RN Init. START DATE 9/3/2019 STOP DATE 2/29/2020 | | | | | | | #100 MF | | | | | | | | | | | | | | | | | | | | | | | | |
| MECLIZINE ORAL TAB (ANTIVERT) 25MG TAB<br>TAKE 1 TABLET BY MOUTH DAILY AS NEEDED <KEEP ON PERSON><br>RX 24514914 LUIS BENAVIDES MD<br>RN Init. START DATE 9/3/2019 STOP DATE 2/29/2020 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| METFORMIN (GLUCOPHAGE) 850MG TAB<br>TAKE 1 TABLET BY MOUTH 3 TIMES DAILY <KEEP ON PERSON><br>RX 24514926 LUIS BENAVIDES MD<br>RN Init. START DATE 9/3/2019 STOP DATE 2/29/2020 | | | | | | | #90 MF | | | | | | | | | | | | | | | | | | | | | | | | |
| ME[illegible]OPROLOL TART (LOPRESSOR) 50MG TAB<br>TA[illegible] TABLET BY MOUTH TWICE DAILY *MAY CAUSE DIZZINESS* <KEEP ON PERSON><br>RX 24514930 LUIS BENAVIDES MD<br>RN Init. START DATE 9/3/2019 STOP DATE 2/29/2020 | | | | | | | #100 MF | | | | | | | | | | | | | | | | | | | | | | | | |
| RN Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGY: NO KNOWN DRUG ALLERGY

DIAGNOSIS:

PATIENT NAME: RUIZ, ARTURO DOB: 06/09/1957 ID 61575-112 WING 75

**DOCUMENTATION CODES =**

DC - Discontinued Order R - Refused S - Self Administered

DO - Dose Omitted C - Court NS - No Show

NURSE'S SIGNATURE

REGULAR INSULIN SLIDING SCALE SUBCUTANEOUS
0-200 - 0 UNITS
201-250- 3 UNITS
251-300 - 5 UNITS
301-350 - 8 UNITS
351-400 - 10 UNITS
OVER 400 - CALL PROVIDER

INITIAL NURSE'S SIGNATURE INITIAL

T. Adams, RN; M. Dutchover, LVN; B. Randle, LVN; V. Torres, RN; L. Wood, RN, DON; R. De Los Santos, LVN; N. Nava, RN; C. Makari, RN; B. Machuca, LVN; M. Flores, MT; L. Giniweru-DeLeon, LVN; G. Elada, RN; C. Wright, RN; N. Wells, RN, HSA; E. Vazquez Edwards RN

Facility Name 1582 - BS - FLIGHTLINE (1582) PAGE: 2 of 2 Month/Year 10/2019

HOUR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

MINERIN (EUCERIN) 454 GM CREAM
APPLY TO AFFECTED AREAS TWICE DAILY <KEEP ON PERSON>
RX 24514946 LUIS BENAVIDES MD
RN Init. START DATE 9/3/2019 STOP DATE 2/29/2020

MULTIVITAMINS TAB
TAKE 1 TABLET BY MOUTH DAILY <KEEP ON PERSON>
RX 24514957 LUIS BENAVIDES MD
RN Init. START DATE 9/3/2019 STOP DATE 2/29/2020

NOVOLIN N 10ML 100UNITS/ML UNIT(S)
INJECT 12 UNITS SUBCUTANEOUSLY EVERY EVENING
RX 24523340 LUIS BENAVIDES MD
RN Init. START DATE 9/3/2019 STOP DATE 2/29/2020

N[illegible]LIN R 10ML 100UNITS/ML UNIT(S)
IN[illegible] AS PER REGULAR SLIDING SCALE PROTOCOL TWICE DAILY ((DIRECT OBSERVATION THERAPY))
RX 24515057 LUIS BENAVIDES MD
RN Init. START DATE 9/3/2019 STOP DATE 2/29/2020

OMEPRAZOLE (PRILOSEC) 20MG CAP
TAKE 1 CAPSULE DAILY >> NON-FORMULARY APPROVED << EXP 2/29/20 *TAKE BEFORE EATING*
RX 24520469 LUIS BENAVIDES MD
RN Init. START DATE 9/5/2019 STOP DATE 2/29/2020

RN Init. START DATE STOP DATE

RN Init. START DATE STOP DATE

RN Init. START DATE STOP DATE

RN Init. START DATE STOP DATE

ALLERGY: NO KNOWN DRUG ALLERGY

DIAGNOSIS

PATIENT NAME: RUIZ,ARTURO DOB: 06/09/1957 ID 61575-112 WING 75

DOCUMENTATION CODES =
DC - Discontinued Order R - Refused S - Self Administere
DO - Dose Omitted C - Court NS - No Show

NURSE'S SIGNATURE

REGULAR INSULIN SLIDING SCALE SUBCUTANEOUS
0-200 - 0 UNITS
201-250- 3 UNITS
251-300 - 5 UNITS
301-350 - 8 UNITS
351-400 - 10 UNITS
OVER 400 - CALL PROVIDER

INITIAL | NURSE'S SIGNATURE | INITI

T. Adams, RN; M. Dutchever, LVN; B. Randle, LVN; V. Torres, RN; L. Wood, RN, DON
R. De Los Santos, LVN; N. Nava, RN; C. Malari, RN; B. Machuca, LVN
L. Ginhans-DeLeon, LVN; G. Eleda, RN; C. Wright, RN; N. Wells, RN, HSA

Case 8:11-cr-00209-JLS Document 1418 Filed 04/29/21 Page 20 of 25 Page ID #:15000

Facility Name 1582 - BS - FLIGHTLINE (1582) PAGE: 1 of 2 Month/Year 09/2019

ASPIRIN EC (ECOTRIN) 81MG TAB
TAKE 1 TABLET BY MOUTH DAILY *SWALLOW WHOLE* <KEEP ON PERSON>
RX 23129560 LUIS BENAVIDES MD
RN Init. START DATE 3/27/2019 STOP DATE 9/22/2019
D/C

ATORVASTATIN (LIPITOR) 20MG TAB
TAKE 1 TABLET BY MOUTH AT BEDTIME <KEEP ON PERSON>
RX 23129562 LUIS BENAVIDES MD
RN Init. START DATE 3/27/2019 STOP DATE 9/22/2019
D/C

DSS (COLACE) 100MG CAP
TAKE 1 CAPSULE BY MOUTH TWICE DAILY *DRINK PLENTY OF FLUIDS* <KEEP ON PERSON>
RX 23129569 LUIS BENAVIDES MD
RN Init. START DATE 3/27/2019 STOP DATE 9/22/2019
D/C

F[illegible]US SULFATE 325MG TAB
TA[illegible] TABLET BY MOUTH TWICE DAILY *DO NOT CRUSH* <KEEP ON PERSON>
RX 23129571 LUIS BENAVIDES MD
RN Init. START DATE 3/27/2019 STOP DATE 9/22/2019
D/C

LISINOPRIL (PRINIVIL-ZESTRIL) 40MG TAB
TAKE 1 TABLET BY MOUTH DAILY *MAY CAUSE DIZZINESS* <KEEP ON PERSON>
RX 23129575 LUIS BENAVIDES MD
RN Init. START DATE 3/27/2019 STOP DATE 9/22/2019
D/C

MECLIZINE ORAL TAB (ANTIVERT) 25MG TAB
TAKE 1 TABLET BY MOUTH DAILY AS NEEDED
RX 23129579 LUIS BENAVIDES MD
RN Init. START DATE 3/27/2019 STOP DATE 9/22/2019
D/C

METFORMIN (GLUCOPHAGE) 850MG TAB
TAKE 1 TABLET BY MOUTH 3 TIMES DAILY <KEEP ON PERSON>
RX 23129590 LUIS BENAVIDES MD
RN Init. START DATE 3/27/2019 STOP DATE 9/22/2019
D/C

M[illegible]PROLOL TART (LOPRESSOR) 50MG TAB
TA[illegible] TABLET BY MOUTH TWICE DAILY *MAY CAUSE DIZZINESS* <KEEP ON PERSON>
RX 23129600 LUIS BENAVIDES MD
RN Init. START DATE 3/27/2019 STOP DATE 9/22/2019
D/C

RN Init. START DATE STOP DATE

ALLERGY: NO KNOWN DRUG ALLERGY

DIAGNOSIS

PATIENT NAME: RUIZ,ARTURO DOB: 06/09/1957 ID 61575-112 WING 75

DOCUMENTATION CODES =
DC - Discontinued Order R - Refused S - Self Administered
DO - Dose Omitted C - Court NS - No Show

NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL

KOP = Keep on Person

Facility Name 1582 - BS - FLIGHTLINE (1582)     PAGE: 2 of 2     Month/Year 09/2019

| Medication | HOUR | 1–31 |
|---|---|---|
| MINERIN (EUCERIN) 454 GM CREAM<br>APPLY TO AFFECTED AREAS TWICE DAILY<br>RX 23129606 LUIS BENAVIDES MD<br>RN Init. START DATE 3/27/2019 STOP DATE 9/22/2019 | | D/C |
| MULTIVITAMINS TAB<br>TAKE 1 TABLET BY MOUTH DAILY <KEEP ON PERSON><br>RX 23129607 LUIS BENAVIDES MD<br>RN Init. START DATE 3/27/2019 STOP DATE 9/22/2019 | | D/C |
| NOVOLIN N 10ML 100UNITS/ML UNIT(S)<br>INJECT 10 UNITS SUBCUTANEOUSLY EVERY EVENING<br>RX 23750927 LUIS BENAVIDES MD<br>RN Init. START DATE 6/6/2019 STOP DATE 12/2/2019 | [redacted] | DISCONTINUED 9-3-19 |
| N[...]IN R 10ML 100UNITS/ML UNIT(S)<br>INS[...] AS PER REGULAR SLIDING SCALE PROTOCOL TWICE DAILY ((DIRECT OBSERVATION THERAPY))<br>RX 23136362 LUIS BENAVIDES MD<br>RN Init. START DATE 3/27/2019 STOP DATE 9/22/2019 | [redacted] | DISCONTINUED 9-3-19 |
| OMEPRAZOLE (PRILOSEC) 20MG CAP<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY >> NON-FORMULARY APPROVED << 9/25/19 "TAKE BEFORE EATING"<br>RX 23129740 LUIS BENAVIDES MD<br>RN Init. START DATE 3/27/2019 STOP DATE 9/25/2019 | | D/C |
| NPH inject 10units SQ QPm<br>RN Init. RD START DATE 9-3-19 STOP DATE 2-29-20 | [redacted] | → [handwritten initials and values, illegible] |
| Regular Insulin Inject SQ as per sliding BID scale<br>RN Init. RD START DATE 9-3-19 STOP DATE 2-29-20 | AM<br>PM [redacted] | → Refusal signed AM dose 9/7/19<br>→ [handwritten initials and values, illegible] |
| Multivitamins 1 tab PO Daily<br>RN Init. RD START DATE 9-3-19 STOP DATE 2-29-20 | | #30 [illegible] |
| Omeprazole 20mg 1 cap PO daily<br>RN Init. RD START DATE 9-3-19 STOP DATE 2-29-20 | | #30 [illegible]<br>non-formulary pending approval |

ALLERGY: NO KNOWN DRUG ALLERGY

DIAGNOSIS:

PATIENT NAME: RUIZ, ARTURO DOB: 06/09/1957 ID 61575-112 WING 75

DOCUMENTATION CODES =
DC - Discontinued Order R - Refused S - Self Administered
DO - Dose Omitted C - Court NS - No Show
MH - Medical Hold LD - Lock Down O - Other

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| [stamped list of nurse names with initials, largely illegible] | | | |

KOP = Keep on Person

Facility Name BSF

Month/Year 9/2019

| Medication | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aspirin 81mg 1 tab PO Daily<br>RN Init. RO START DATE 9-3-19 STOP DATE 2-29-20 | | | | | | | #30 Blm | | | | | | | | | | | | | | | | | | | | | | | | |
| Atorvastatin 20mg 1 tab PO QHS<br>RN Init. RO START DATE 9-3-19 STOP DATE 2-29-20 | | | | | | | #30 Blm | | | | | | | | | | | | | | | | | | | | | | | | |
| Colace 100mg 1 cap PO BID<br>RN Init. RO START DATE 9-3-19 STOP DATE 2-29-20 | | | | | | | #60 Blm | | | | | | | | | | | | | | | | | | | | | | | | |
| Ferrous Sulfate 325mg 1 tab PO BID<br>RN Init. RO START DATE 9-3-19 STOP DATE 2-29-20 | | | | | | | #60 Blm | | | | | | | | | | | | | | | | | | | | | | | | |
| Lisinopril 40mg 1 tab PO Daily<br>RN Init. RO START DATE 9-3-19 STOP DATE 2-29-20 | | | | | | | #30 Blm | | | | | | | | | | | | | | | | | | | | | | | | |
| Meclizine 25mg 1 tab PO Daily PRN<br>RN Init. RO START DATE 9-3-19 STOP DATE 2-29-20 | | | | | | | #30 Blm | | | | | | | | | | | | | | | | | | | | | | | | |
| Metformin 850mg 1 tab PO TID<br>RN Init. RO START DATE 9-3-19 STOP DATE 2-29-20 | | | | | | | #90 Blm | | | | | | | | | | | | | | | | | | | | | | | | |
| Metoprolol 50mg 1 tab PO BID<br>RN Init. RO START DATE 9-3-19 STOP DATE 2-29-20 | | | | | | | #60 Blm | | | | | | | | | | | | | | | | | | | | | | | | |
| Eucerin cream apply topically BID<br>RN Init. RO START DATE 9-3-19 STOP DATE 2-29-20 | | | | | | | #1 BL | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGY NKDA

DIAGNOSIS DOB 6-9-57

PATIENT NAME Ruiz, Arturo ID 61575-112 WING

DOCUMENTATION CODES =
DC - Discontinued Order R - Refused S - Self Administered
DO - Dose Omitted C - Court NS - No Show

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIA |
|---|---|---|---|
| | T. Adams, RN; M. Dutchover, LVN; B. Randle, LVN; V. Torres, RN; L. Wood, RN, DON | R. De Los Santos, LVN; N. Nave, RN; C. Makori, RN; B. Machuca, LVN; L. Ginkens-DeLeon, LVN; G. Eleda, RN; C. Wright, RN; N. Wells, RN, HSA | |

Facility Name 1582 - BS - FLIGHTLINE (1582) PAGE: 1 of 2 Month/Year 08/2019

| Medication | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASPIRIN EC (ECOTRIN) 81MG TAB<br>TAKE 1 TABLET BY MOUTH DAILY *SWALLOW WHOLE* <KEEP ON PERSON><br>RX 23129560 LUIS BENAVIDES MD<br>RN Init. START DATE 3/27/2019 STOP DATE 9/22/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | #30 KOP | | | |
| ATORVASTATIN (LIPITOR) 20MG TAB<br>TAKE 1 TABLET BY MOUTH AT BEDTIME <KEEP ON PERSON><br>RX 23129562 LUIS BENAVIDES MD<br>RN Init. START DATE 3/27/2019 STOP DATE 9/22/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | #30 KOP | | | |
| DSS (COLACE) 100MG CAP<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY *DRINK PLENTY OF FLUIDS* <KEEP ON PERSON><br>RX 23129569 LUIS BENAVIDES MD<br>RN Init. START DATE 3/27/2019 STOP DATE 9/22/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | #100 KOP | | | |
| FE[illegible]US SULFATE 325MG TAB<br>TA[illegible] TABLET BY MOUTH TWICE DAILY *DO NOT CRUSH* <KEEP ON PERSON><br>RX 23129571 LUIS BENAVIDES MD<br>RN Init. START DATE 3/27/2019 STOP DATE 9/22/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | 60 #30 KOP | | | |
| LISINOPRIL (PRINIVIL-ZESTRIL) 40MG TAB<br>TAKE 1 TABLET BY MOUTH DAILY *MAY CAUSE DIZZINESS* <KEEP ON PERSON><br>RX 23129575 LUIS BENAVIDES MD<br>RN Init. START DATE 3/27/2019 STOP DATE 9/22/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | #30 KOP | | | |
| MECLIZINE ORAL TAB (ANTIVERT) 25MG TAB<br>TAKE 1 TABLET BY MOUTH DAILY AS NEEDED<br>RX 23129579 LUIS BENAVIDES MD<br>RN Init. START DATE 3/27/2019 STOP DATE 9/22/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| METFORMIN (GLUCOPHAGE) 850MG TAB<br>TAKE 1 TABLET BY MOUTH 3 TIMES DAILY <KEEP ON PERSON><br>RX 23129590 LUIS BENAVIDES MD<br>RN Init. START DATE 3/27/2019 STOP DATE 9/22/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | #90 KOP | | | |
| ME[illegible]PROLOL TART (LOPRESSOR) 50MG TAB<br>TA[illegible] TABLET BY MOUTH TWICE DAILY *MAY CAUSE DIZZINESS* <KE[illegible] ON PERSON><br>RX 23129600 LUIS BENAVIDES MD<br>RN Init. START DATE 3/27/2019 STOP DATE 9/22/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | #60 KOP | | | |
| RN Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGY: NO KNOWN DRUG ALLERGY

DIAGNOSIS

PATIENT NAME: RUIZ,ARTURO DOB: 06/09/1957 ID 61575-112 WING 75

DOCUMENTATION CODES =
DC - Discontinued Order R - Refused S - Self Administered
DO - Dose Omitted C - Court NS - No Show
H - Medical Hold LD - Lock Down O - Other

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| | | T. Adams, RN; M. Dutchover, LVN; B. Randle, LVN; V. Torres, LVN; C. Makari, RN; A. Roach, RN; N. Wells, RN, MSA; C. Harlan, LVN; J. Robles, MA; A. Vasquez, LVN; R. De Los Santos, LVN; I. Burgaras, RN; C. Gleisens-DeLeon, LVN; N. Nava, RN; J. Sybes, RN; R. Walbert; G. Eleda, RN; M. Brown; D. Machuca; M. Flores | |

KOP = Keep on Person

Facility Name 1582 - BS - FLIGHTLINE (1582)

PAGE: 2 of 2

Month/Year 08/2019

| Medication | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MINERIN (EUCERIN) 454 GM CREAM<br>APPLY TO AFFECTED AREAS TWICE DAILY<br>RX 23129606 LUIS BENAVIDES MD<br>RN Init. START DATE 3/27/2019 STOP DATE 9/22/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 bottle [illegible] | | | |
| MULTIVITAMINS TAB<br>TAKE 1 TABLET BY MOUTH DAILY <KEEP ON PERSON><br>RX 23129607 LUIS BENAVIDES MD<br>RN Init. START DATE 3/27/2019 STOP DATE 9/22/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | #30 [illegible] | | | |
| NOVOLIN N 10ML 100UNITS/ML UNIT(S)<br>INJECT 10 UNITS SUBCUTANEOUSLY EVERY EVENING<br>RX 23750927 LUIS BENAVIDES MD<br>RN Init. START DATE 6/6/2019 STOP DATE 12/2/2019 | [redacted] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| N[illegible]LIN R 10ML 100UNITS/ML UNIT(S)<br>IN[illegible] AS PER REGULAR SLIDING SCALE PROTOCOL TWICE DAILY (( DIRECT OBSERVATION THERAPY))<br>RX 23136362 LUIS BENAVIDES MD<br>RN Init. START DATE 3/27/2019 STOP DATE 9/22/2019 | [redacted] | 0 | 0 | 0 | 3 | 5 | 5 | 0 | 3 | 0 | 5 | 5 | 0 | 3 | 3 | 3 | 0 | 0 | 3 | 0 | 3 | 0 | 3 | 6 | 0 | 0 | 3 | 0 | 0 | 0 | 3 |
| OMEPRAZOLE (PRILOSEC) 20MG CAP<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY >> NON-FORMULARY APPROVED << 9/25/19 *TAKE BEFORE EATING*<br>RX 23129740 LUIS BENAVIDES MD<br>RN Init. START DATE 3/27/2019 STOP DATE 9/25/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | #30 [illegible] | | | | |
| RN Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RN Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RN Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RN Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGY: NO KNOWN DRUG ALLERGY

J01-311L

DIAGNOSIS

PATIENT NAME: RUIZ, ARTURO DOB: 06/09/1957 ID 61575-112 WING 75

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| | | T. Adams, RN; M. Dutchover, LVN; B. Randle, LVN; V. Torres, LVN; C. Maduri, RN; R. Roach, RN; M. Brown; [illegible] | [illegible] |
| | | H. Wells, RN, HSA; C. Herton, LVN; I. Robles, MA; A. Vasquez, LVN; R. De Los Santos, LVN; L. Bergeron, RN; [illegible] | [illegible] |
| | | C. Ginkens-DeLeon, LVN; H. Nava, RN; J. Sybes, RN; R. Wolfort; G. Eloda, RN; B. Machuca; M. Flores | [illegible] |

ROP = Keep on Person

**DOCUMENTATION CODES =**

DC - Discontinued Order   R - Refused   S - Self Administered

DO - Dose Omitted   C - Court   NS - No Show

Facility Name 1582 - BS - FLIGHTLINE (1582)

PAGE: 1 of 2

Month/Year 07/2019

| Medication | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASPIRIN EC (ECOTRIN) 81MG TAB TAKE 1 TABLET BY MOUTH DAILY *SWALLOW WHOLE* <KEEP ON PERSON> RX 23129560 LUIS BENAVIDES MD 3/27/2019 9/22/2019 RN Init. START DATE STOP DATE | 6-30 | | | | | | | | | | | | | | | | | | | | | | | | | | #30 Blm | | | | |
| ATORVASTATIN (LIPITOR) 20MG TAB TAKE 1 TABLET BY MOUTH AT BEDTIME <KEEP ON PERSON> RX 23129562 LUIS BENAVIDES MD 3/27/2019 9/22/2019 RN Init. START DATE STOP DATE | 6-30 | | | | | | | | | | | | | | | | | | | | | | | | | | #30 Blm | | | | |
| DSS (COLACE) 100MG CAP TAKE 1 CAPSULE BY MOUTH TWICE DAILY *DRINK PLENTY OF FLUIDS* <KEEP ON PERSON> RX 23129569 LUIS BENAVIDES MD 3/27/2019 9/22/2019 RN Init. START DATE STOP DATE | 6-30 | | | | | | | | | | | | | | | | | | | | | | | | | | #60 Blm | | | | |
| FE[illegible]US SULFATE 325MG TAB TA[illegible]ABLET BY MOUTH TWICE DAILY *DO NOT CRUSH* <KEEP ON PERSON> RX 23129571 LUIS BENAVIDES MD 3/27/2019 9/22/2019 RN Init. START DATE STOP DATE | 6-30 | | | | | | | | | | | | | | | | | | | | | | | | | | #60 Blm | | | | |
| LISINOPRIL (PRINIVIL-ZESTRIL) 40MG TAB TAKE 1 TABLET BY MOUTH DAILY *MAY CAUSE DIZZINESS* <KEEP ON PERSON> RX 23129575 LUIS BENAVIDES MD 3/27/2019 9/22/2019 RN Init. START DATE STOP DATE | 6-30 | | | | | | | | | | | | | | | | | | | | | | | | | | #30 Blm | | | | |
| MECLIZINE ORAL TAB (ANTIVERT) 25MG TAB TAKE 1 TABLET BY MOUTH DAILY AS NEEDED RX 23129579 LUIS BENAVIDES MD 3/27/2019 9/22/2019 RN Init. START DATE STOP DATE | 6-30 | | | | | | | | | | | | | | | | | | | | | | | | | | #30 Blm | | | | |
| METFORMIN (GLUCOPHAGE) 850MG TAB TAKE 1 TABLET BY MOUTH 3 TIMES DAILY <KEEP ON PERSON> RX 23129590 LUIS BENAVIDES MD 3/27/2019 9/22/2019 RN Init. START DATE STOP DATE | 6-30 | | | | | | | | | | | | | | | | | | | | | | | | | | #90 Blm | | | | |
| MET[illegible]ROLOL TART (LOPRESSOR) 50MG TAB TA[illegible]ABLET BY MOUTH TWICE DAILY *MAY CAUSE DIZZINESS* <KE[illegible]ON PERSON> RX 23129600 LUIS BENAVIDES MD 3/27/2019 9/22/2019 RN Init. START DATE STOP DATE | 6-30 | | | | | | | | | | | | | | | | | | | | | | | | | | #60 Blm | | | | |
| RN Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGY: NO KNOWN DRUG ALLERGY

DIAGNOSIS:

PATIENT NAME: RUIZ,ARTURO DOB: 06/09/1957 ID 61575-112 WING 75

DOCUMENTATION CODES =
DC - Discontinued Order | R - Refused | S - Self Administered
DO - Dose Omitted | C - Court | NS - No Show
H - Medical Hold | LD - Lock Down | O - Other

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| | | T. Adams, RN; M. Boisbrisson, LVN; B. Bonilla, LVN; V. Torres, LVN; C. Malard, RN; R. Brandy, RN; N. Wells, RN, MSA; C. Norton, LVN; J. Baldes, RN; A. Vasquez, LVN; R. De Los Santos, LVN; C. Bisignano, RN; C. Gutierrez-Delacruz, LVN; N. Nava, RN; J. Salinas, RN; R. Wallace; G. Clarke, RN; [illegible] | |
| | | M. Brown [illegible] | |
| | | [illegible] | |

KOP = Keep on Person